IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MOSES WATTS, JR.**  PETITIONER

v.  No. 5:14-cv-208-DPM

**RAY HOBBS, Director, ADC**  RESPONDENT

### ORDER

Unopposed recommendation, № 4, adopted.  FED. R. CIV. P. 72(b)(Advisory Committee Notes to 1983 Addition).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 June 2014