IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MOSES WATTS, JR.                                                PETITIONER

v.                         No. 5:14-cv-208-DPM

RAY HOBBS, Director, ADC                                        RESPONDENT

## JUDGMENT

Watts's petition for writ of habeas corpus is dismissed without prejudice. A certificate of appealability will not issue because Watts has not made a substantial showing of the violation of any right.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 June 2014